IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHNNY OLIVER,

      Petitioner,           No. CIV S-02-1147 GEB DAD P

  vs.

D. L. RUNNELS, Warden, et al.,

      Respondents.      ORDER

_____/

      Petitioner has requested an extension of time to file and serve his objections to the July 25, 2006 findings and recommendations.  Good cause appearing, IT IS HEREBY ORDERED that:

      1.  Petitioner's August 17, 2006 request for an extension of time is granted; and

      2.  Petitioner is granted thirty days from the date of this order in which to file and serve his objections to the July 25, 2006 findings and recommendations.

DATED: August 28, 2006.

_____

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:bb
oliv1147.111