IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHNNY OLIVER,

      Petitioner,                      No. CIV S-02-1147 GEB DAD P

    vs.

D. L. RUNNELS, Warden, et al.,

      Respondents.              <u>ORDER</u>

_____/

        Petitioner has filed a second request for an extension of time to file and serve objections to the July 25, 2006 findings and recommendations. Good cause appearing, IT IS HEREBY ORDERED that:

        1. Petitioner's September 28, 2006 request for an extension of time is granted; and

        2. Petitioner is granted thirty days from the date of this order in which to file and serve objections to the July 25, 2006 findings and recommendations.

DATED: October 10, 2006.

                                /s/ Dale A. Drozd
                                DALE A. DROZD
                                UNITED STATES MAGISTRATE JUDGE

DAD:mp
oliv1147.111(2)