IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHNNY OLIVER,

    Petitioner,           No. CIV S-02-1147 GEB DAD P

  vs.

D. L. RUNNELS, Warden, et al.,

    Respondents.        ORDER

_____/

        Petitioner has filed a third request for an extension of time to file and serve objections to the July 25, 2006 findings and recommendations. Good cause appearing, that request will be granted. However, no further extensions of time to file objections will be granted for this purpose.

        Petitioner has also requested the appointment of counsel. There currently exists no absolute right to appointment of counsel in habeas proceedings. See Nevius v. Sumner, 105 F.3d 453, 460 (9th Cir. 1996). However, 18 U.S.C. § 3006A authorizes the appointment of counsel at any stage of the case "if the interests of justice so require." See Rule 8(c), Fed. R. Governing § 2254 Cases. In the present case, the court does not find that the interests of justice would be served by the appointment of counsel at the present time.

/////

Accordingly, IT IS HEREBY ORDERED that:

1. Petitioner's November 8, 2006 request for the appointment of counsel is denied;

2 Petitioner's November 8, 2006 request for an extension of time is granted; and

3 Petitioner is granted thirty days from the date of this order in which to file and serve objections to the July 25, 2006 findings and recommendations. No further extensions of time will be granted.

DATED: November 16, 2006.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:8:oliv1147.111(3)